# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2014

148334 & (24)(25)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EVIE BAKER,
              Plaintiff-Appellee,

v

LEGACY HHH d/b/a HARPER-HUTZEL
HOSPITAL, VHS HARPER-HUTZEL
HOSPITAL, INC. d/b/a HARPER-HUTZEL
HOSPITAL, LEGACY SHGD d/b/a DETROIT
MEDICAL CENTER, VHS OF MICHIGAN,
INC. d/b/a DETROIT MEDICAL CENTER,
LEGACY DMC d/b/a DETROIT MEDICAL
CENTER, O.L. MATTHEWS, M.D., and O.L.
MATTHEWS, M.D., P.C. d/b/a ANNAPOLIS
MEDICAL SPECIALTY CENTER
              Defendants,
and

MARK L. BURNSTEIN, M.D.,
              Defendant-Appellant.

SC: 148334
COA: 317791
Wayne CC: 12-012979-NH

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2014


Clerk

t0114